

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| FLORENCIO LANDIN, | § | No. 08-23-00307-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 399th District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2020CR0811-CR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 30th day of April 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.